Matthew V Foley JR. #220414006
Name and Prisoner/Booking Number

Pima County Adult Detention Center
Place of Confinement

P.O. Box 951
Mailing Address

Tucson, AZ 85702
City, State, Zip Code

(Failure to notify the Court of your change of address may result in dismissal of this action.)

```
FILED ____ LODGED
RECEIVED ____ COPY

DEC 29 2022

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ DEPUTY
```

## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF ARIZONA

Matthew V. Foley JR
(Full Name of Plaintiff)        Plaintiff,

vs.

(1) Robert Koumal
(Full Name of Defendant)
(2) Scott Lowing
(3) Linda Everett
(4) Chris Nanos
                Defendant(s).
☐ Check if there are additional Defendants and attach page 1-A listing them.

CASE NO. CV-22-573-TUC-JAS(PSOT)
(To be supplied by the Clerk)

**CIVIL RIGHTS COMPLAINT
BY A PRISONER**

☑ Original Complaint
☐ First Amended Complaint
☐ Second Amended Complaint

JURY TRIAL DEMANDED

### A. JURISDICTION

1. This Court has jurisdiction over this action pursuant to:
   ☐ 28 U.S.C. § 1343(a); 42 U.S.C. § 1983
   ☐ 28 U.S.C. § 1331; Bivens v. Six Unknown Federal Narcotics Agents, 403 U.S. 388 (1971).
   ☑ Other: District Court United States

2. Institution/city where violation occurred: Pima County Adult Detention Center

Revised 5/1/2013                               1

**550/555**

## B. DEFENDANTS

1. Name of first Defendant: **CAPTain Robert Koumal**. The first Defendant is employed as: **CAPTain Medical Services section** (Position and Title) at **Pima County Sheriffs Department** (Institution)

2. Name of second Defendant: **CAPTain Scott Lowing**. The second Defendant is employed as: **CAPTian Scott Lowing** (Position and Title) at **Pima County Sheriffs Department** (Institution)

3. Name of third Defendant: **Linda Everett**. The third Defendant is employed as: **Behavioral Health Program Manager** (Position and Title) at **Pima County Sheriffs Department** (Institution)

4. Name of fourth Defendant: **Chris Nanos**. The fourth Defendant is employed as: **Head - Sheriff - Commander** (Position and Title) at **Pima County Sheriffs Department** (Institution)

**1750 East Benson Highway, Tucson, AZ. 85714**

If you name more than four Defendants, answer the questions listed above for each additional Defendant on a separate page.

## C. PREVIOUS LAWSUITS

1. Have you filed any other lawsuits while you were a prisoner?  ☒ Yes  ☐ No

2. If yes, how many lawsuits have you filed? **3**. Describe the previous lawsuits:

   a. First prior lawsuit:
      1. Parties: **Matthew V. Foley JR** v. **Matthew Knight. et al...**
      2. Court and case number: **CV-22-00419-TUC-(PSOT)**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **PENDING**

   b. Second prior lawsuit:
      1. Parties: **Matthew V. Foley JR** / **Charlotte Wahon**
      2. Court and case number: **CV-22-00497-TUC-PSOT**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **PENDING**

   c. Third prior lawsuit:
      1. Parties: **Chris Nanos et al** v. **Matthew V. Foley JR**
      2. Court and case number: **CV-22-00513-TUC-JAS**
      3. Result: (Was the case dismissed? Was it appealed? Is it still pending?) **PENDING**  **Matthew V. Foley JR. Vs Chris Nano**

If you filed more than three lawsuits, answer the questions listed above for each additional lawsuit on a separate page.

2

**NO#, CV-22-00513-TUC-JAS**

All that is REQUIRED in a NEGLIGENCE CAUSE IS FOR the Plaintiff MR FOLEY to present probable FACTS From which NEGLIGENCE and Relations MAY Be Reasonabley Inferred

## D. CAUSE OF ACTION

### COUNT I

1. State the constitutional or other federal civil right that was violated: Excessive Force by CAPtain Scott Lowing officers. Conspiracy 1983.

2. Count I. Identify the issue involved. Check only one. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count I. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   ON 12-18-2022 I MAtthew V. Foley THE Plaintiff was sent to the Banner South Hospital ER. do to injurys suffred by the leg shackles Applied to my legs by Prima county jail staff. officers use of Exessive Force caused Deep cuts to my legs that got infected and I could not walk HEAD to use a Wheel chair. and was sent to THE Hospital For ER. Treatment. CAPTain Scott Lowing Staff officers are Negligence. IN Action by His orders Violations of Professional Responsibil- ity code.

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). Cant walk Pain and Suffering Leg injury Mental Anguish — Liability Negligence

5. **Administrative Remedies:**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count I? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count I to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

TITLE 42, THE PUBLIC HEALTH and WELFARE
Examination and Treatment for Emergency Medical Conditions

**COUNT II**

1. State the constitutional or other federal civil right that was violated: Excessive Force 1983 Civil Rights Conspiracy under 42 USCS 1983

2. **Count II.** Identify the issue involved. Check **only one**. State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☐ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☒ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: _____

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count II. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   Chris Nanos Head Sheriff. Staff officers, empoyed, by MR. NANOS at the Pima County Adult Detention Center. USE EXCESSIVE Force by Applying, LEG SHACKlES to the Plaintiff Matthew V. Foley jr. which cause Deep cuts to MR. Foley's Feet and Swellin and injurys that cause the Plaintiff Not be able to Walk and HAS to use a Wheelchair and HAD to be Rushed to the hospital for ER Treatment. Lots of Pain 24/7 In Pain Can't Sleep, MENTAl Leg injury cause Liability for Negligence Anguis

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). DEEP Very Painful cuts to my Legs INFECTED Foot Swollen could Not Walk HEAD to be Rushed to Hospital ER.

5. **Administrative Remedies.** Pain and Suffering MENTAl Anguish
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count II? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count II to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

4

EVERY person a citizen of the US Constitution - Rights SECURED by the LAWs shall be Liable to the PARTY INJURED iN a Action brought against them in suit in equity and other proceeding Redre

## COUNT III

1. State the constitutional or other federal civil right that was violated: **Medical treatment 1983, individual Constitutional Rights UNFavorable Performance Actions**

2. **Count III.** Identify the issue involved. Check **only one.** State additional issues in separate counts.
   - ☐ Basic necessities
   - ☐ Mail
   - ☐ Access to the court
   - ☒ Medical care
   - ☐ Disciplinary proceedings
   - ☐ Property
   - ☐ Exercise of religion
   - ☐ Retaliation
   - ☐ Excessive force by an officer
   - ☐ Threat to safety
   - ☐ Other: **WELFARE and institutions Code, Active Labor Act**

3. **Supporting Facts.** State as briefly as possible the FACTS supporting Count III. Describe exactly what **each Defendant** did or did not do that violated your rights. State the facts clearly in your own words without citing legal authority or arguments.

   **Linda Everett Behavioral health Program Manager, Legal Responsibility. Liability For Negligence of Employees Negligence Violations of THE Emergency Medical Treatment Medical Staff of Linda Everett at the Pima County Jail Adult Denention Center. Medical Staff Misconduct. Reckless disrerd For the Plaintiffs, Leg injury For Pain Suffering Days THE Plaintiff MR. Foley sat in his jail cell with a infected and so very swollen Leg injury. The Plaintiff MR Foley could Not even get up to walk to use the bathroom it took 3 days For jail Medical Staff give treatment to MR. Foley and send Him to the Hospital For ER, treatment**

4. **Injury.** State how you were injured by the actions or inactions of the Defendant(s). **Pain and Suffering + MENTAL Anguish**

5. **Administrative Remedies.** **Liability For Negligence.**
   a. Are there any administrative remedies (grievance procedures or administrative appeals) available at your institution? ☒ Yes ☐ No
   b. Did you submit a request for administrative relief on Count III? ☒ Yes ☐ No
   c. Did you appeal your request for relief on Count III to the highest level? ☒ Yes ☐ No
   d. If you did not submit or appeal a request for administrative relief at any level, briefly explain why you did not. _____

If you assert more than three Counts, answer the questions listed above for each additional Count on a separate page.

5

## E. REQUEST FOR RELIEF

State the relief you are seeking: Pain and Suffering and MENTAL ANGUISH Physical injury cause by SHACKLES CRUEL UNUSUAL PUNISHMENT

Money Damages $700,000.00

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 12-30-2022
DATE

Matthew V. Foley jr
SIGNATURE OF PLAINTIFF

_____
(Name and title of paralegal, legal assistant, or other person who helped prepare this complaint)

_____
(Signature of attorney, if any)

_____
(Attorney's address & telephone number)

## ADDITIONAL PAGES

All questions must be answered concisely in the proper space on the form. If you need more space, you may attach no more than fifteen additional pages. But the form must be completely filled in to the extent applicable. If you attach additional pages, be sure to identify which section of the complaint is being continued and number all pages.