IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Matthew V Foley, Jr., | No. CV-22-00573-TUC-JAS |
| Plaintiff, | **ORDER** |
| v. | |
| Steven Geib, | |
| Defendant. | |

On March 11, 2025 the Court ordered Plaintiff to show cause by March 25, 2025 why this case should not be dismissed for failure to timely and properly serve the Defendant. Doc. 17. Plaintiff has not complied with this Court's Order. Moreover, the Order was returned as undeliverable as Plaintiff is no longer in custody at the Pima County Adult Detention Center, *see* Doc. 18, and he did not file a notice of a change of address.[1]

Accordingly, **IT IS ORDERED**:

Plaintiff's Second Amended Complaint (Doc. 14) is **DISMISSED WITHOUT PREJUDICE**. The Clerk of the Court shall enter judgment in accordance with this Order and close the case.

Dated this 26th day of March, 2025.

Honorable James A. Soto
United States District Judge

---

[1] *See* LRCiv 83.3(d) (unrepresented incarcerated party must submit notice of change of address within seven days after change of address); *Carey v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988) ("A party, not the district court, bears the burden of keeping the court apprised of any changes in his mailing address.").