# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Matthew V Foley, Jr., | NO. CV-22-00573-TUC-JAS |
| Plaintiff, | |
| v. | JUDGMENT IN A CIVIL CASE |
| Robert Koumal, et al., | |
| Defendants. | |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order filed March 26, 2025, judgment is entered against plaintiff. Plaintiff to take nothing, and complaint and action are dismissed without prejudice.

March 26, 2025

Debra D. Lucas
District Court Executive/Clerk of Court

By   s/ B. Cortez
     Deputy Clerk